

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

09-CV-23573-Moreno/Torres

Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

Defendant.
_____/

### CLASS ACTION COMPLAINT AND JURY DEMAND

1. Plaintiff, DAVON L. OUTTEN, on behalf of himself and all others similarly situated, alleges Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), by failing to identify itself and by failing to inform the consumer that the purpose of the call was to collect a debt or that the call was from a debt collector.

### I. JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k(d). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## II. PARTIES

3. Plaintiff, DAVON L. OUTTEN, is a natural person who resides in Miami-Dade County, Florida.

4. Plaintiff, DAVON L. OUTTEN, is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., is a corporation and citizen of the State of Kansas with its principal place of business at 400 Rogers Road, Olathe, Kansas 66062.

6. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. Defendant regularly collect or attempt to collect debts for other parties and is a "debt collector" as defined in the FDCPA.

## III. FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff an alleged debt arising from a credit card used for personal, family or household purposes. By letter dated July 9, 2008, Defendant represented to Plaintiff that the creditor of the alleged debt was "Tempest".

9. Defendant left the following pre-recorded messages on Plaintiff's voice mail on or about the dates stated:

<u>October 10, 2008 – Pre-recorded Message</u>
This is Tammy Tucker. Please return my call at 1-888-447-4168, between the hours of 8 AM to 9 PM Central standard time, or press 1 to be connected immediately to a representative. Again, my name is Tammy Tucker, and my call back number is 1-888-447-4168. Thank you.

<u>October 15, 2008 – Pre-recorded Message</u>
This is Tammy Tucker. Please return my call at 1-888-447-4168, between the hours of 8 AM to 9 PM Central standard time, or press 1 to be connected immediately to a representative. Again, my name is Tammy Tucker, and my call back number is 1-888-447-4168. Thank you.

<u>November 8, 2008 – Pre-recorded Message</u>
This is Tammy Tucker. Please return my call at 1-888-447-4168, between the hours of 8 AM to 9 PM Central standard time, or press 1 to be connected immediately to a representative. Again, my name is Tammy Tucker, and my call back number is 1-888-447-4168. Thank you.

<u>November 10, 2008 – Pre-recorded Message</u>
This is Tammy Tucker. Please return my call at 1-888-447-4168, between the hours of 8 AM to 9 PM Central standard time, or press 1 to be connected immediately to a representative. Again, my name is Tammy Tucker, and my call back number is 1-888-447-4168. Thank you.

<u>November 26, 2008, 10:54 AM – Pre-recorded Message</u>
This is Tammy Tucker. Please return my call at 1-888-447-4168, between the hours of 8 AM to 9 PM Central standard time, or press 1 to be connected immediately to a representative. Again, my name is Tammy Tucker, and my call back number is 1-888-447-4168. Thank you.

<u>December 1, 2008 – Pre-recorded Message</u>
This is Tammy Tucker. Please return my call at 1-888-447-4168, between the hours of 8 AM to 9 PM Central standard time, or press 1 to be connected immediately to a representative. Again, my name is Tammy Tucker, and my call back number is 1-888-447-4168. Thank you.

10.     Based upon information and belief, Defendant left similar or identical messages on other occasions within one year of the filing of this complaint. (Collectively, "the telephone messages").

11.     The telephone messages are "communications" as defined by 15 U.S.C. §1692a(2).

12.     In the telephone messages, Defendant failed to identify itself, failed to inform Plaintiff that the communication was from a debt collector, and failed to disclose the purpose of Defendant's telephone messages.

## IV.   CLASS ACTION ALLEGATIONS

13.     The class is defined as (i) all Florida residents to whom Defendant left a telephone message (ii) in which Defendant, failed to state it is from a debt collector, and/or that it was an attempt to collect a debt, and/or failed to disclose its identity (iii) in an attempt to collect a debt incurred for personal, family, or household purposes allegedly due Tempest (iv) during the one year period prior to the filing of the complaint in this matter through the date of class certification.

14.     Plaintiff alleges on information and belief based on the use of uniform telephone messages that the class is so numerous that joinder of all members is impractical.

15. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members. The principal issues are:

    a. Whether Defendant is a debt collector.

    b. Whether Defendant's telephone messages violate the FDCPA.

16. The claims of Mr. Outten are typical of those of the class members. All are based on the same facts and legal theories.

17. Mr. Outten will fairly and adequately protect the interests of the class. He has retained counsel experienced in handling actions involving unlawful practices under the FDCPA and class actions. Neither Plaintiff nor his counsel have any interests which might cause them not to vigorously pursue this action.

18. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

    a. The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

    b A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

## V. COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff incorporates the foregoing Paragraphs.

20.     Defendants failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Drossin v. National Action Financial Services, Inc.*, --- F.Supp.2d ----, 2009 WL 2460895, 2009 U.S. Dist. LEXIS 70494 (S.D.Fla., Aug, 7, 2009) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006).

WHEREFORE, DAVON L. OUTTEN, requests that the Court enter judgment in favor of Plaintiff and the class he seeks to represent against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., for:

    A.    Certification for this matter to proceed as a class action;

    B.    Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B);

    C.    Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C.§169sk(a)(3); and

    E.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff, DAVON L. OUTTEN, demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Davon L. Outten

**DEFENDANTS**

Encore Receivable Management, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) **MIAMI-DADE**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

*[handwritten]* 09cv23573 MORENO/Torres

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: **(DADE)** MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** 1-2 days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle ☐ 380 Other Personnel Property Damage | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury ☐ | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | | | | ☒ 890 Other Statutory Actions* *A or B |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
☒ 1. Original Proceeding  ☐ 2. Removed from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Refiled  ☐ 5. Transferred from another district (specify)  ☐ 6. Multidistrict Litigation  ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A ☐ UNDER F.R.C.P.23   CLASS ACTION Yes   DEMAND $ N/A   ☐ Check YES only if demanded in complaint  JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See Instructions):   JUDGE _____   DOCKET NUMBER _____

DATE: November *[handwritten]* 2009   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 548180   Amount: 350.00   Date Paid: _____   M/ifp: _____