UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-CV-23573-Moreno/Torres

DAVON L. OUTTEN, *on behalf of himself and others similarly situated*

        Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

        Defendant.

## STIPULATION OF SETTLEMENT

**IT IS HEREBY** stipulated and agreed by and between Plaintiff, DAVON L. OUTEEN, an individual (hereinafter referred to as "Plaintiff") and Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., a foreign corporation (hereinafter sometimes referred to as "Defendant") as follows:

**WHEREAS**, Plaintiff filed this action against the Defendant for its alleged violations of the Fair Debt Collection Practices Act. Plaintiff filed this action on behalf of himself and others similarly situated. Plaintiff has not yet requested this Court to certify the proposed class and this Court has not yet certified a class of plaintiffs.

**WHEREAS**, Encore denies that it violated the Fair Debt Collection Practices Act or has any liability to the Class Representative or Plaintiff Class Members, but has agreed to settle this case based on the likely high cost of protracted litigation.

**WHEREAS,** Plaintiff and Defendant have entered into a verbal settlement and are in the process of preparing settlement documents for approval by this court, including but not limited to (a) a Class Action Settlement Agreement and Release; (b) a Notice of Class Action Settlement;

and (c) Joint Motion for Preliminary and Final Approval of Class Settlement Agreement and Release.

**NOW, THEREFORE**, Plaintiff and Defendant notify this Court of this settlement and respectfully request that all pending deadlines be stayed so that the Plaintiff and Defendant may submit to this Court within two weeks draft settlement documents for this Court's approval.

Respectfully submitted,

s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
donyarbrough@mindspring.com
DONALD A. YARBROUGH, ESQ.
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235


*s/ Sarah L. Shullman*
Sarah L. Shullman
Fla. Bar No. 888451
sshullman@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509
AND
Cherish K. Ralls
Oklahoma Bar No. 21332
Washington D.C. Bar No. 981230
cherish.ralls@crowedunlevy.com
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73103
Telephone (405) 235-7000
Facsimile: 9405) 239-5932

ATTORNEYS FOR DEFENDANT ENCORE
RECEIVABLE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-23573-Civ-Moreno/Torres

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

        v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 1, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Donald A. Yarbrough
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Sarah L. Shullman
Squire Sanders & Dempsey LLP
Suite 1900
777 South Flagler Drive
West Palm Beach, FL 33401
Telephone: 561-650-7247
Facsimile: 561-655-1509

Via Notices of Electronic Filing generated by CM/ECF