UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23573-CIV-MORENO

DAVON L. OUTTEN,

    Plaintiff,

vs.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

The Plaintiff has failed to comply with the Court's Scheduling Order and failed to appear at the Calendar Call held on June 1, 2010. Accordingly, it is

ADJUDGED that this action is DISMISSED without prejudice.

DONE AND ORDERED in Open Court at Miami, Florida, this ___ day of June, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record